SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Sacramento Motorcycle Dismantlers, Inc., et al.<br><br>　　　　　Defendants | Case No**.:**2:08-CV-00464-MCE-KJM<br><br>**PLANTIFF'S REQUEST AND ORDER RE REQUEST TO STRIKE ANSWER OF APRIL 8, 2008** |

　　　　Plaintiff, Scott N. Johnson, is in receipt of defendant, Sacramento Motorcycle Dismantling, Inc. d/b/a Sacramento Motorcycle Dismantling, "Answer to Complaint" [Docket #5], filed on behalf of by Sacramento Motorcycle Dismantlers, Inc., by James Vierra, in propria persona.  It is well established that "a corporation may appear in the federal courts *only through licensed counsel*." Rowland v. California Men's Colony, 506 U.S. 194, 202 (1993) (emphasis added).  Because no licensed counsel has appeared for the corporate defendant, there has been no proper appearance by defendant Sacramento Motorcycle Dismantlers, Inc.

///

///

///

1  Accordingly, the "Answer to Complaint" [Docket #5] should be stricken.

2  Dated:  September 18, 2008                /s/Scott N. Johnson_____
3                                            Scott N. Johnson,
                                             Attorney for Plaintiff

### ORDER

IT IS HEREBY ORDERED THAT the Answer to Complaint filed by James Vierra as an individual (and non-attorney) on behalf of Sacramento Motorcycle Dismantling Inc. is stricken. Sacramento Motorcycle Dismantling Inc. is granted twenty (20) days from the issuance of this order is filed to appear through counsel authorized to practice law before this Court.

DATED: September 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE