SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Sacramento Motorcycle Dismantling, Inc., et al,<br><br>Defendants | Case No.: CIV.S 08-cv-00464-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF SACRAMENTO MOTORCYCLE DISMANTLING, INC. AND *Proposed* ORDER**<br><br>Complaint Filed:  FEBRUARY 28, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Sacramento Motorcycle Dismantling, Inc.) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to be remained open with remaining Defendants. Defendant (Sacramento Motorcycle Dismantling, Inc.) is dismissed because this Defendant is no longer a proper party.

///

///

///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-00464-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: January 23, 2009 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON<br>Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated: January 26, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com